IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VYNEEKA HOPKINS, as Parent and Natural Guardian of C.A., a Minor, | : | |
| Plaintiff. | : | CIVIL ACTION |
| | : | No. 18-5354 |
| v. | : | |
| | : | |
| NICOLE YESSER, *et al.*, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW,** this _24th __ day of September, 2019, it is **ORDERED** as follows:

1. The Motions to Dismiss filed by Defendants Nicole Yesser (ECF No. 25), and Rocco Manfredi and Bonsall Manfredi & Associates, P.C. ("BMA") (ECF No. 23), are **GRANTED** as to the substantive due process claim Plaintiff brings under 42 U.S.C. § 1983 against those Defendants. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over the state-law negligence claim Plaintiff brings against Yesser, Manfredi, and BMA. Accordingly, both the § 1983 claim and the state-law negligence claim brought against these Defendants are **DISMISSED**.[1]

2. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over the state-law intentional tort claims Plaintiff brings against Defendant Jamir Hill. Accordingly, those claims are **DISMISSED**.[2]

---

[1] The dismissal of the state-law negligence claim is made without prejudice to Plaintiff's re-filing of that claim in state court.

[2] The dismissal of these claims is made without prejudice to Plaintiff's re-filing these claims in state court.

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF AND MAIL** 9/24/2019     Copies via U.S. Mail 9/24/2019

Jamir Hill, NC-2292
SSI Pine Grove
189 Fyock Road
Indiana PA  15701